LANE v. DYCHE, Warden, etc. (Circuit Court of Appeals, Fifth Circuit. October 14, 1922.) No. 3927. Appeal from the District Court of the United States for the Northern District of Georgia; Samuel H. Sibley, Judge. Habeas corpus by Hugh Lane against J. E. Dyche, Warden of the United States Penitentiary, Atlanta, Ga. From an order dismissing the petition, petitioner appeals. Affirmed. Hugh Lane, in pro. per. Clint W. Hager, U. S.

Atty., and O. P. Goree and John W. Henley, Asst. U. S. Attys., all of Atlanta, Ga., for appellee. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The order dismissing the appellant's petition for the writ of habeas corpus is affirmed.